THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRIE ALEKSANDERSEN<br>aka. Carrie Viig<br>aka. Carrie Viig Aleksandersen,<br><br>               Plaintiff,<br>v.<br><br>HALFSTACK, LLC, a Washington LLC,<br><br>               Defendant. | No.  18-01052 RSL<br><br>STIPULATION AND ORDER OF<br>DISMISSAL OF ALL CLAIMS<br><br>(Clerk's Action Required) |

COME NOW THE PARTIES hereto, and by way of stipulation, agree that all of the plaintiff's claims against defendant, and all of defendant's counterclaims against plaintiff, in this lawsuit should be dismissed with prejudice and without costs. A proposed form of order accompanies this stipulation.

MERCER ISLAND LAW GROUP, PLLC

By: _____
George O. Tamblyn, WSBA #15429
Jason Gillis, WSBA #52762
Mercer Island Law Group, PLLC
2448 76th Ave SE #100
Mercer Island, WA 98040

Email: gtamblyn@mercerlg.com
Email: jgillis@mercerlg.com
Attorneys for the Plaintiff

FISHER & PHILLIPS LLP

By: _____
Stephanie R. Alexander, WSBA #28007
Margaret Burnham, WSBA #47860
Fisher & Phillips LLP
1201 Third Ave., Suite 2750
Seattle, WA 98101

Email: salexander@fisherphillips.com
Email: mburnham@fisherphillips.com
Attorneys for the Defendant

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS - 1

FISHER & PHILLIPS LLP
1201 Third Ave. Suite 2750
Seattle, WA 98101
206.682.2308

# ORDER

This matter having come on by way of stipulation of the parties for an order dismissing all of plaintiff's claims against defendant, and all of defendant's counterclaims against plaintiff, the Court having considered the stipulation and the records and files in this matter, it is hereby:

ORDERED, adjudged and decreed that all of plaintiff's claims against the defendant, and all of defendant's counterclaims against plaintiff, in this lawsuit are dismissed with prejudice and without costs. There being no just reason for delay, the clerk is expressly directed to enter this order forthwith.

DATED this 20th day of March 2019.

_____
JUDGE ROBERT S. LASNIK

Presented by:

FISHER & PHILLIPS, LLP

By: _____
Stephanie R. Alexander, WSBA # 28007
Margaret Burnham, WSBA #47860
Attorneys for Defendant

Approved as to form;
Notice of presentation waived;

MERCER ISLAND LAW GROUP, PLLC

By: _____
George O. Tamblyn, WSBA #15429
Jason Gillis, WSBA #52762
Attorneys for Plaintiff

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS** - 2

FISHER & PHILLIPS LLP
1201 Third Ave. Suite 2750
Seattle, WA 98101
206.682.2308